## No. 17,541.

RUDOLPH CAMPBELL, ET AL., *v.* PRODUCERS LOAN
COMPANY, ET AL.

(284 P. [2d] 1060)

Decided June 13, 1955.   Rehearing denied July 5, 1955.

Mr. ARTHUR W. BURKE, JR., for plaintiff in error.

Mr. JOHN M. BOYLE, Mr. MACK WITTY, for defendant
in error Producers Loan Company.

Mr. WILLIAM S. RUSH, for defendant in error Snyder
National Bank.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.